BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN GABRIEL ROJAS-MORALES,<br><br>Defendant. | Case No. 1:17-cr-00145-DCN<br><br>**MOTION FOR PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT**[1]<br><br>**Final Order of Forfeiture:**<br>[ X ] anticipated<br>[   ] not anticipated |

COMES NOW the United States of America, by and through Bart M. Davis, United

States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho,

Kevin T. Maloney, and based upon the Rule 11 Plea Agreement of JUAN GABRIEL ROJAS-

---

[1] A Preliminary Order of Forfeiture is final as to the Defendant. Fed. R. Crim. P. 32.2(b)(4). Thus, in many cases, a Final Order of Forfeiture is unnecessary. In some cases, the United States will seek a Final Order of Forfeiture to resolve third party interests or other issues. This Motion caption provides notice whether the United States currently anticipates moving for a Final Order of Forfeiture. In some cases, that intent may change.

MOTION FOR PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT - 1

MORALES (ECF No. 18), and the factual basis set out therein, filed under seal in the above case on October 23, 2017, hereby requests that this Court now enter a Preliminary Order of Forfeiture as to the subject property:

**Subject Property**:

A. Seized Currency:

1. The sum of approximately $42,463.00 U.S. currency seized from the defendant on or about May 9, 2017. In his plea agreement, the defendant acknowledged that there was a sufficient factual and legal basis to establish that the seized currency constituted proceeds of his drug offense of conviction, property involved in the offense, and/or property intended for use or used to commit or to facilitate the commission of the offense.

B. Firearms and Ammunition Associated Therewith: The following property seized from the defendant's residence in Twin Falls, Idaho on or about May 9, 2017:

1. An antique revolver bearing serial number 261055. The defendant admitted in his plea agreement that the revolver facilitated and was involved in the drug offense of conviction;

2. A silencer, marked "made in Idaho," bearing no serial number. The defendant admitted in his plea agreement that the silencer was involved in his offenses of conviction, and that he was a prohibited from possessing the silencer because of his status as an alien illegally and unlawfully in the United States; and

3. All other associated ammunition, magazines, and attachments.

C. Unrecovered Cash Proceeds and/or Facilitating Property: The defendant obtained and controlled unrecovered proceeds of the drug offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based

upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

  D. <u>Substitute Assets:</u> If the property and interests described above as being subject to forfeiture, as a result of any action or omission of the defendant above named:

    1. Cannot be located upon the exercise of due diligence;

    2. Has been transferred or sold to, or deposited with, a third person;

    3. Has been placed beyond the jurisdiction of the court;

    4. Has been substantially diminished in value; or

    5. Has been commingled with other property which cannot be subdivided

without difficulty; it is the intention of the United States, pursuant to 21 U.S.C. § 853(p) and other applicable statutes, to seek forfeiture of any other property of the said defendant up to the value of the forfeitable properties and interest herein.

The following firearms identified in the forfeiture section of the defendant's plea agreement were forfeited by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in an administrative proceeding on or about November 30, 2017. As a result, the Government is not pursuing forfeiture of the firearms in this judicial proceeding:

1. CN Romarm, Model WASR-10, 7.62x39 mm caliber rifle, bearing serial number 1-43606-03;

2. Sturm Ruger, Model 10/22 .22 LR caliber rifle, bearing serial number 251-21137;

3. Sturm Ruger, Model 10/22 .22 LR caliber rifle, bearing serial number 357-88000;

4. Beretta, Model 950BS, .25 ACP caliber pistol, bearing serial number BER98721V;

5. Colt, Model Law Enforcement Carbine, 5.56mm caliber rifle, bearing serial number LE154259;

6. Remington Rand, Model 1911A1, .45 ACP caliber pistol, bearing serial number 2136889; and

7. McKay Enterprises, Model RM16A2, 5.56mm caliber rifle, bearing serial number ME000756.

The Court's jurisdiction in this matter is founded upon 21 U.S.C. § 853, which provides that with respect to any person convicted of a violation of 21 U.S.C. § 841:

> The Court, in imposing sentence...shall order that the person forfeit to the United States any property, constituting, or derived from, proceeds the person obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit or facilitate the commission of the violation.

The Court's jurisdiction in this matter is also founded upon 18 U.S.C. § 924(d), made applicable pursuant to 28 U.S.C. § 2461(c), which provides that any person convicted of a violation of 18 U.S.C. § 922 shall forfeit to the United States any firearms and ammunition involved in or used in commission of the defendant's violations of 18 U.S.C. § 922(g)(5).

Upon issuance by the Court of an order of forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the above-described property and will publish notice for thirty (30) consecutive days on www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property in such manner as directed by law.

WHEREFORE, the United States respectfully requests that this Court enter judgment of criminal forfeiture pursuant to the record herein, including the Rule 11 Plea Agreement, and the

MOTION FOR PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT - 4

authority above-stated, by issuing the proposed Preliminary Order of Forfeiture, forfeiting to the United States the right, title and interest of the defendant above named as to the property described above and set out in the criminal forfeiture allegation of the Superseding Indictment.

It is further requested that this Court order the United States Attorney General (or a designee) to immediately seize the above-described property and subsequently dispose of the forfeited property upon completion of the notice requirements in accordance with the law.

It is further requested that the United States be authorized, pursuant to Fed. R. Crim. P. 32.2(b)(3) and 32.2(c)(1)(B), to conduct any discovery, including depositions, necessary to (1) identify, locate or dispose of the property ordered forfeited herein, any property traceable thereto, or any property that may be forfeited as substitute assets; and (2) to expedite ancillary proceedings related to any third party interests claimed pursuant to Section 853(n) herein. Such discovery shall be in accordance with the Federal Rules of Civil Procedure.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall be and hereby is final as to the defendant and shall be made part of the sentence and included in the judgment at the time of sentencing.

A proposed preliminary order of forfeiture is being submitted to the Court via email.

Respectfully submitted this 8th day of January, 2018.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        */s/ Kevin T. Maloney*
        KEVIN T. MALONEY
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2018, the foregoing **MOTION FOR PRELIMINARY ORDER OF FORFEITURE, FINAL AS TO DEFENDANT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| Jeffrey E. Brownson<br>223 North 6th Street, Suite 215<br>Boise, ID 83702<br>jb@jeffreybrownsonlaw.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |
|---|---|

*/s/ Amanda Humphres*
Amanda Humphres
FSA Data Analyst